AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MARIA C. MUNTEANU and TATSIANA MALOILA, on behalf of themselves, and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>LOGAN'S SANCTUARY LLC dba HAVEN ROOFTOP, and BRANDON FREID, and ELDA DeVILLA, individually,<br><br>*Defendant(s)* | Civil Action No. 23 CV 10565 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LOGAN'S SANCTUARY LLC, 132 West 47th Street, New York, New York 10036
BRANDON FREID, 132 West 47th Street, New York, New York 10036
ELDA DeVILLA, 132 West 47th Street, New York, New York 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Cilenti & Cooper, PLLC
> 60 East 42nd Street - 40th Floor
> New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/05/2023

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*