# CILENTI & COOPER, PLLC
### ATTORNEYS AT LAW
60 East 42nd Street - 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

January 31, 2024

**JOINT REQUEST FOR MEDIATION**

**BY ECF**
Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Maria C. Munteanu, et al. v. Logans Sanctuary LLC, et. al.*
                Case No. 23 Civ. 10565 (AS)

Dear Judge Subramanian,

      The parties respectfully write jointly, with reference to District Court's order dated December 5, 2023 [*See*, Docket 5]. Counsel have conferred and have agreed to exchange information and settlement positions / calculations and attempt to resolve the case within the Southern District Mediation Program. Toward that end, to conserve litigation expenses, the parties respectfully request a stay of all pending dates for a period of ninety (90) days to explore settlement, along with the referral to mediation.

      Thank you for your consideration of this matter.

By separate order, the Court will refer this case to mediation. But all existing deadlines and conferences will remain in place.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 1, 2024

Respectfully submitted,

CILENTI & COOPER, PLLC

By:   *Peter H. Cooper*
      _____
      Peter Hans Cooper, Esq.

cc:   All Counsel of Record (via E-mail and ECF)