UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA C. MUNTEANU and TATSIANA MALOILA, on behalf of themselves, and others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>LOGAN'S SANCTUARY LLC dba HAVEN ROOFTOP, and BRANDON FREID, and ELDA DeVILLA, individually,<br><br>Defendants. | Case No.: 23 cv 10565 (AS) |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Logan's Sanctuary LLC doing business as Haven Rooftop (herein, "Defendant"), having offered to allow Plaintiffs Maria C. Munteanu and Tatsiana Maloila, and opt-in Plaintiffs Alma Olivares, Erika Mercado, McQueenie Fernandes, Moises Amaya, and Oleksiy Bilodid (collectively, "Plaintiffs"), to take a judgment against it, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated June 17, 2024, and filed as Exhibit "A" to Docket Number 23;

**WHEREAS**, on June 20, 2024, Plaintiffs' attorneys having confirmed Plaintiffs' acceptance of Defendant Logan's Sanctuary LLC 's Offer of Judgment (Docket 23);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiffs, in the amount of thirty-five thousand dollars ($35,000.00), as against Defendant Logan's Sanctuary LLC, and the clerk is directed to close the case.

Dated: June 21, 2024
        New York, New York

Arun Subramanian
U.S. District Judge